# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON J. HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-04-100-SPS |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ex rel. Department of the Treasury ) | |
| and Bureau of Alcohol, Tobacco ) | |
| and Firearms, ) | |
| Defendant. ) | |

## JUDGMENT

The Court hereby renders judgment in favor of the Defendant the United States of America *ex rel.* Department of the Treasury and Bureau of Alcohol, Tobacco, and Firearms and against the Plaintiff Vernon J. Harrison.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** this 9th day of November, 2006.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**